ZENO B. BAUCUS
CYNDEE L. PETERSON
Assistant U.S. Attorneys
U.S. Attorney's Office
2601 Second Avenue North
Box 3200
Billings, MT 59101
Phone: (406) 657-6101
FAX: (406) 657-6989
E-mail: zeno.baucus@usdoj.gov
cyndee.peterson@usdoj.gov

ATTORNEY FOR PLAINTIFF
UNITED STATES OF AMERICA

**FILED**

NOV 17 2016

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-103-BLG-SPW |
|---|---|
| Plaintiff, | **FIRST SUPERSEDING INDICTMENT** |
| vs. | SEX TRAFFICKING BY FORCE, FRAUD, OR COERCION (Counts I-II) |
| TERRANCE TYRELL EDWARDS and FRANCINE JOANN GRANADOS, | Title 18 U.S.C. § 1591(a) (Penalty: Mandatory minimum 15 years and to life imprisonment, $250,000 fine, five years supervised release, and $5000 special assessment) |
| Defendants. | |
| | TRANSPORATION OF A MINOR WITH INTENT TO ENGAGE IN PROSTITUTION (Counts III-V) Title 18 U.S.C. § 2423(a) (Penalty: Mandatory minimum ten years to life imprisonment, $250,000 fine, three |

1

|  | years supervised release, and $5,000 special assessment) |
|---|---|
|  | **OBSTRUCTION OF SEX TRAFFICKING INVESTIGATION**<br>Title 18 U.S.C. § 1591(d) (Count VI)<br>(Penalty: 20 years imprisonment, $250,000 fine, and five years supervised release)<br><br>**TAMPERING WITH A WITNESS, VICTIM, OR INFORMANT**<br>Title 18 U.S.C. § 1512(b)(1) (Count VII)<br>(Penalty: Up to 20 years imprisonment, $250,000 fine, not more than five years supervised release) |

THE GRAND JURY CHARGES:

COUNT I

That on or about a period between September 9, 2016, and September 20, 2016, in Billings and Missoula, in the State and District of Montana and elsewhere, the defendant, TERRANCE TYRELL EDWARDS, in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means an individual, Jane Doe 1, who is known to the defendant but whose name is withheld to protect her identity, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion as defined in 18 U.S.C. § 1591(e)(2), and any

combination of such means, would be used to cause Jane Doe 1 to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a) and 1591(b)(1).

## COUNT II

That in or about April and May 2016, in Missoula, in the State and District of Montana and elsewhere, the defendant, TERRANCE TYRELL EDWARDS in and affecting interstate and foreign commerce, knowingly recruited, enticed, harbored, transported, provided, obtained, and maintained by any means an individual, Jane Doe 2, who is known to the defendant but whose name is withheld to protect her identity, knowing and in reckless disregard of the fact that means of force, threats of force, fraud, and coercion as defined in 18 U.S.C. § 1591(e)(2), and any combination of such means, would be used to cause Jane Doe 2 to engage in a commercial sex act, in violation of 18 U.S.C. §§ 1591(a) and 1591(b)(1).

## COUNT III

Between on or about September 20, 2016, and September 21, 2016, in Billings, in the State and District of Montana, and elsewhere, the defendant, TERRANCE TYRELL EDWARDS, knowingly transported Jane Doe 3, an individual who had not attained the age of 18 years, in interstate commerce,

between North Dakota and Montana, with the intent that Jane Doe 3 engage in prostitution, in violation of 18 U.S.C. § 2423(a).

## COUNT IV

Between on or about September 20, 2016, and September 21, 2016, in Billings, in the State and District of Montana, and elsewhere, the defendant, TERRANCE TYRELL EDWARDS, knowingly transported Jane Doe 4, an individual who had not attained the age of 18 years, in interstate commerce, between North Dakota and Montana, with the intent that Jane Doe 4 engage in prostitution, in violation of 18 U.S.C. § 2423(a).

## COUNT V

Between on or about September 20, 2016, and September 21, 2016, in Billings, in the State and District of Montana, and elsewhere, the defendant, TERRANCE TYRELL EDWARDS, knowingly transported Jane Doe 5, an individual who had not attained the age of 18 years, in interstate commerce, between North Dakota and Montana, with the intent that Jane Doe 5 engage in prostitution, in violation of 18 U.S.C. § 2423(a).

## COUNT VI

That on or about a period between September 23, 2016, and October 2, 2016, in Billings, in the State and District of Montana, and elsewhere, the

defendant, TERRANCE TYRELL EDWARDS did knowingly obstruct, attempt to obstruct, and interfere with and prevent the enforcement of Title 18 U.S.C. § 1591, in that TERRANCE TYRELL EDWARDS directly and indirectly instructed Jane Doe 1 to lie concerning the defendant's conduct, in violation of 18 U.S.C. § 1591(d).

## COUNT VII

That on or about a period between September 23, 2016, and September 28, 2016, in the District of Montana, North Dakota, and elsewhere, the defendant, FRANCINE JOANN GRANADOS, did knowingly attempt to intimidate, threaten, and corruptly persuade Jane Doe 1, with the intent to influence, delay, and prevent the testimony of Jane Doe 1 in an official proceeding relating to the commission of a federal offense, namely Sex Trafficking by Force, Fraud or Coercion by Terrance Tyrell Edwards, and aided and abetted so, all in violation of 18 U.S.C. §§ 2 and 1512(b)(1).

A TRUE BILL.

FOREPERSON SIGNATURE REDACTED.

FOREPERSON

[signature]

MICHAEL W. COTTER
United States Attorney

[signature]

JOSEPH E. THAGGARD
Criminal Chief Assistant U.S. Attorney

12-15-16 @ 2:00
before TJC in BLD

Crim. Summons ___Granados___
Warrant: ___USMS Custody-Edward___
Bail: _____