IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCINE JOANN GRANADOS,<br><br>Defendant. | CR 16-103-BLG-SPW-2<br><br>**ORDER ALLOWING DEFENDANT TO APPEAR BY VIDEO CONFERENCING** |

Upon the motion of Defendant Francine Joann Granados requesting that she be allowed to appear at the arraignment by videoconferencing, the United States having no objection, and good cause appearing thereon;

**IT IS HEREBY ORDERED** that Defendant's motion to appear by videoconferencing is **GRANTED**. Defendant Granados is hereby allowed to appear for the arraignment by video conferencing on Thursday, April 6, 2017, at 9:00 a.m. (Mountain Time).

IT IS FURTHER ORDERED that Defendant Granados shall appear in person on Thursday, April 6, 2017, at 10:00 a.m. (Central Time) at the Quentin N. Burdick United States Courthouse, 655 1st Ave. N., #130, Fargo, North Dakota,

/ / /

/ / /

for purposes of appearing at the arraignment by videoconferencing.

DATED this 29th day of March, 2017.

_____
TIMOTHY J. CAVAN
United States Magistrate Judge