

FILED
MAY - 1 2017
Clerk, U.S. District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
### BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-103-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TERRANCE TYRELL EDWARDS and FRANCINE JOANN GRANADOS, | |
| Defendants. | |

Upon the United States' Unopposed Motion to use Electronics and Phones (Doc. 95), and good cause appearing in support thereof,

IT IS HEREBY ORDERED that the counsel for the United States shall be allowed to use computers at trial and the Federal Bureau of Investigations Victim Specialist and the United States Victim Witness Coordinator are granted permission to bring their cell phones into the Courthouse for the above-captioned matter. Trial in this matter is presently set for June 26, 2017.

The parties are cautioned that cell phones must be turned off during court proceedings.

Dated this 28th day of April, 2017.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Court Judge