

MAY 1 2017

Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **CR 16-103-BLG-SPW-2** |
| **Plaintiff,** | |
| **vs.** | |
| | **ORDER** |
| **TERRANCE TYRELL EDWARDS** **and FRANCINE JOANN GRANADOS,** | |
| **Defendants.** | |

Upon the United States' Unopposed Motion to Continue Response to

Motion to Sever (Doc. 96), and for good cause being shown,

IT IS HEREBY ORDERED that the deadline for filing the United States'

response to defendant Granados's Motion to Sever (Doc. 88) is RESET for **May**

**12, 2017.** Defendant Granados's reply brief is due **May 19, 2017**.

Dated this ___1st___ day of May, 2017.

SUSAN P. WATTERS
United States District Court Judge

1