

FILED

MAY 1 2017

Clerk, U S District Court
District Of Montana
Billings

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-103-BLG-SPW-2 |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| TERRANCE TYRELL EDWARDS and FRANCINE JOANN GRANADOS, | |
| Defendants. | |

Upon the United States' Unopposed Motion to Continue Response to Motion to Sever (Doc. 96), and for good cause being shown,

IT IS HEREBY ORDERED that the deadline for filing the United States' response to defendant Granados's Motion to Sever (Doc. 88) is RESET for **May 12, 2017.** Defendant Granados's reply brief is due **May 19, 2017**.

Dated this 1st day of May, 2017.

SUSAN P. WATTERS
United States District Court Judge

1