

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRENCE TYRELL EDWARDS and FRANCINE JOANN GRANADOS,<br><br>Defendants. | CR 16-103-BLG-SPW<br><br>ORDER |

Defendant Francine Joann Granados, has moved to sever her trial from the trial of her co-defendant, Terrence Tyrell Edwards. (Doc. 88). The Government concedes that the trials should be severed. (*See* Doc. 102 at 2).

Accordingly, Granados' motion for severance (Doc. 88) is GRANTED and her trial shall be severed from that of her co-defendant, Terrence Tyrell Edwards.

DATED this 16th day of May, 2017.

SUSAN P. WATTERS
United States District Judge

1