

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 16-103-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| FRANCINE JOANN GRANADOS, | |
| Defendant. | |

Defendant, Francine Joann Granados, through her counsel, has filed an Unopposed Motion to Set Trial Date and Establish Pretrial Deadlines (Doc. 128).

IT IS HEREBY ORDERED that Defendant's Motion (Doc. 128) is **DENIED** for the reason that Defendant's trial was severed from that of her co-defendant, Terrence Tyrell Edwards on May 16, 2017 (Doc. 111). Although the defendants will be tried separately, the trial date for both defendants remains set for **June 26, 2017 at 9:00 a.m.** The Court's Order Resetting Trial and Scheduling Deadlines (Doc. 80) remains in full force and effect for Defendant Francine Joann Granados.

1

The Clerk of Court is directed to notify counsel of the making of this Order.

DATED this 24th day of May, 2017.

/s/ Susan P. Watters
SUSAN P. WATTERS
United States District Judge