IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

FILED
JAN 19 2018
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>FRANCINE JOANN GRANADOS,<br><br>Defendant. | CR 16-103-BLG-SPW-02<br><br>ORDER |

Defendant Francine Joann Granados, by and through counsel, has moved the Court pursuant to 18 U.S.C § 4285 for and Order directing the United States Marshal's Service to reimburse the Defendant for travel costs associated with the jury trial in this matter (Doc. 245) scheduled for **Monday, January 29, 2018**, on the grounds that she is financially unable to travel from her home state of Minnesota to the District of Montana. The Court has reviewed Defendant's Financial Affidavit and finds the Defendant is financially unable to provide the necessary transportation to appear before this Court on her own and the interests of justice will be served by granting Defendant's motion. Therefore,

IT IS HEREBY ORDERED, pursuant to 18 U.S.C. § 4285, that the United States Marshal Service furnish transportation from Glyndon, Minnesota to Billings Montana for the jury trial in this matter scheduled for **January 29, 2018**, and for

1

an amount of money for lodging and subsistence expenses during her stay in Billings, Montana for the trial in an amount not to exceed the per diem allowance for travel under 5 U.S.C. § 5702(a).

DATED this 19th day of January, 2018.

*Susan P. Watters*
SUSAN P. WATTERS
United States District Judge