
FILED
JUN 19 2018
Clerk, U S District Court
District Of Montana
Billings

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRANCE TYRELL EDWARDS<br>and FRANCINE JOANN GRANADOS,<br><br>Defendants. | CR 16-103-BLG-SPW<br><br><br><br>ORDER GRANTING MOTION<br>TO REDACT TRANSCRIPT |

Based upon the United States' unopposed Motion to Redact Transcript (Doc. 315), and good cause appearing in support thereof,

IT IS HEREBY ORDERED, that the United States' Motion to Redact Transcript is GRANTED. The United States may file a redaction request identifying the locations in the transcripts where the victims' and witnesses' names shall be redacted to their initials.

Dated this 18th day of June, 2018.

SUSAN P. WATTERS
United States District Court Judge

1