IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRANCE TYRELL EDWARDS and FRANCINE JOANN GRANADOS,<br><br>Defendants. | CR 16-103-BLG-SPW<br><br><br><br>ORDER GRANTING MOTION FOR LEAVE TO FILE REDACTION REQUEST UNDER SEAL |

Upon the United States' Unopposed Motion for Leave to File Redaction Request Under Seal (Doc. 321), and for good cause appearing,

IT IS HEREBY ORDERED, that the United States' Motion is **GRANTED**.

The United States may file its redaction request under seal.

Dated this 21st day of June, 2018.

SUSAN P. WATTERS
United States District Court Judge

1