**FILED**

JUL 1 2 2018



Clerk, U S District Court
District Of Montana
Billings

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MONTANA
## BILLINGS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**TERRANCE TYRELL EDWARDS**<br>**and FRANCINE JOANN GRANADOS,**<br><br>**Defendants.** | **CR 16-103-BLG-SPW**<br><br><br>**ORDER GRANTING MOTION**<br>**FOR LEAVE TO FILE**<br>**REDACTION REQUEST UNDER**<br>**SEAL** |

Upon the United States' Unopposed Motion for Leave to File Redaction Request Under Seal (Doc. 340), and good cause appearing in support thereof,

IT IS HEREBY ORDERED, that the United States' Motion is **GRANTED.** The United States may file its redaction request under seal.

Dated this 12ᵗʰ day of July, 2018.

SUSAN P. WATTERS
United States District Court Judge

1