

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>TERRANCE TYRELL EDWARDS and FRANCINE JOANN GRANADOS,<br><br>Defendants. | CR 16-103-BLG-SPW-01<br>CR 16-103-BLG-SPW-02<br><br>ORDER |

A copy of the trial transcript in this case will be used on appeal. In the interest of protecting the jurors' personal privacy,

IT IS HEREBY ORDERED that the names of the jurors in the Volume VIII transcript at page 1429, line 10, page 1557, line 21, page 1557, line 22, page 1559, line 22, page 1560, lines 11 and 22 and page 1563, line 1, and the Volume IX transcript at page 1568, line 10 shall be redacted from the trial transcripts in this matter.

DATED this 13th day of August, 2018.

SUSAN P. WATTERS
United States District Judge