

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> vs. <br><br> TERRANCE TYRELL EDWARDS and FRANCINE JOANN GRANADOS, <br><br> Defendants. | CR 16-103-BLG-SPW <br><br><br><br> ORDER GRANTING MOTION TO REDACT TRANSCRIPT |

Based upon the United States' Motion to Redact Transcript (Doc. 361), and good cause appearing in support thereof,

IT IS HEREBY ORDERED, that the United States' Motion to Redact Transcript is **GRANTED**. The United States may file a redaction request identifying the locations in the transcripts where the victims' and witnesses' names shall be redacted to their initials.

Dated this 21st day of August, 2018.

SUSAN P. WATTERS
United States District Court Judge

1