IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| UNITED STATES OF AMERICA, | CR 16-103-BLG-SPW |
|---|---|
| Plaintiff, | |
| vs. | |
| TERRANCE TYRELL EDWARDS and FRANCINE JOANN GRANADOS, | ORDER GRANTING MOTION FOR LEAVE TO FILE REDACTION REQUEST UNDER SEAL |
| Defendants. | |

Upon the United States' Motion for Leave to File Redaction Request Under Seal (Doc. 364), and for good cause appearing,

IT IS HEREBY ORDERED, that the United States' Motion is **GRANTED.**

The United States may file its redaction request under seal.

Dated this 5th day of September, 2018.

SUSAN P. WATTERS
United States District Court Judge

1